# United States District Court
# Central District of California

| | |
|---|---|
| BARNEY FRANDO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFECARE SOLUTIONS, INC., a Delaware corporation; PREFERRED HOMECARE INFUSION, L.L.C., an Arizona limited liability company; FOUNDERS HEALTHCARE, LLC, an Arizona limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-03708-ODW-SS<br>The Hon. Otis D. Wright II<br><br>~~AMENDED~~ **JUDGMENT** |

# JUDGMENT

Following the hearing on September 9, 2019, and as reflected on the record, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1.      Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Orders and the Parties' Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement"). Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

2.      With the exception of the single Class Member who opted out of the Settlement Class, all Class Members are bound by this Judgment and are barred from pursuing, or seeking to reopen, any of the Released Claims, as defined in the Settlement Agreement.

3.      Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment entered herein.

4.      Class Counsel is awarded $641,250.00 in attorneys' fees and $17,872.37 in costs.

5.      Plaintiff Barney Frando is awarded $5,000.00 as an incentive award.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: September 16, 2019

_____
Hon. Otis D. Wright II
United States District Judge